433 A.2d 127

Commonwealth v. King, Appellant.

Submitted November 14, 1980. John P. Liekar, for appellant; Daniel L. Chunko, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.